IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01664-BNB

CHRISTOPHER A. CORDOVA,

    Plaintiff,

v.

BLOCKBUSTER VIDEO CORP., and
JANE DOE, Witness,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 8 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Christopher A. Cordova, filed *pro se* a complaint. He was granted leave to proceed pursuant to 28 U.S.C. § 1915 (2006). On August 11, 2008, Magistrate Judge Craig B. Shaffer ordered Mr. Cordova to file within thirty days an amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. On August 29, 2008, Mr. Cordova filed an amended complaint.

The Court must construe the amended complaint liberally because Mr. Cordova is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110. For the reasons stated below, the amended complaint will be dismissed.

Mr. Cordova alleges that on July 11, 2008, police officers knocked on the door to his apartment five minutes after he returned home from grocery shopping, withdrawing funds from his disability account, and getting gas for his car. He asserts that the police

were looking for a Mexican girl with a tattoo on her arm who allegedly stole DVDs and CDs from Blockbuster Video, who "jumped" into Mr. Cordova's car, and who Plaintiff claimed he did not know. *See* complaint at 2. Mr. Cordova further asserts that he was identified by the Jane Doe witness as being involved in the theft. He contends that, on the basis of that false identification, the police searched his apartment, handcuffed and placed him in the back seat of the police car, towed his car, and eventually released him. He alleges he was given a request-to-appear form concerning an incident of theft, told to report at 10 a.m. on July 14, 2008, to Police Department District 3, and that he did so. He further alleges that on July 14 he spoke with a detective, who informed him that his car was involved in a theft and that it was going to be sold, dismantled, or crushed. Mr. Cordova asserts that on July 17, 2008, his car was released to him and the $220.00 impound and towing fee was waived. On the basis of these allegations, he contends that the Jane Doe witness falsely accused him of a crime he did not commit and that the accusation was racially motivated. He fails to allege a basis for the Court's jurisdiction.

In the August 11, 2008, order for an amended complaint, Magistrate Judge Shaffer informed Mr. Cordova that he failed to assert a basis for federal court jurisdiction, although he appeared to be attempting to assert a violation of his civil rights pursuant to 28 U.S.C. § 1983 (2006). Magistrate Judge Shaffer specifically noted that Rule 8(a) of the Federal Rules of Civil Procedure required that a complaint "contain (1) a short and plain statement of the grounds for the court's jurisdiction." While the amended complaint that Mr. Cordova filed is more coherent than the complaint he originally filed, he still fails to assert a basis for the Court's jurisdiction. To the extent

2

that Mr. Cordova believes his civil rights were violated, he may not pursue a § 1983 action against the named Defendants because he does not allege that they are state actors. Under § 1983, a plaintiff must allege that the defendants have violated his or her rights under the Constitution and laws of the United States while they acted under color of state law. *Adickes v. S. H. Kress & Co.*, 398 U.S. 144, 150 (1970). Neither a private corporation or individual is acting under color of state law. Accordingly, it is

ORDERED that the amended complaint is dismissed without prejudice for failure to comply with the pleading requirements of Rule 8(a)(1) of the Federal Rules of Civil Procedure.

DATED at Denver, Colorado, this 17 day of Sept., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01664-BNB

Christopher A. Cordova
1974 S. University Blvd. #4
Denver, CO 80210-4231

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/18/08

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk